UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CV-633-BR

| | |
|---|---|
| ARTHUR O. ARMSTRONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NASH COUNTY, DAVID JENKINS, JOHN ) | |
| DOE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on plaintiff's complaint filed 22 December 2008. Pursuant to this court's pre-filing injunction against plaintiff, "[a]ny complaint which plaintiff files . . . must allege all facts with specificity." In re Armstrong, No. 5:03-CV-941, 2006 WL 3408327, *3 (E.D.N.C. Jan. 18, 2006), aff'd, No. 06-1191 (4th Cir. April 20, 2006). In his complaint, plaintiff has not alleged any facts with specificity. Accordingly, in accordance with the pre-filing injunction:

(1) the complaint is DISMISSED;

(2) plaintiff is SANCTIONED $350.00 (the amount of the filing fee); and

(3) the court finds that an appeal from this order would be frivolous.

This 10 February 2009.

_____
W. Earl Britt
Senior U.S. District Judge